In the Matter of the Claim of MAX KAPLAN, Respondent, against MODEL IRON & ALUMINUM CORP. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Brewster and Bergan, JJ., concur; Heffernan and Coon, JJ., dissent and vote to affirm.